UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED SDNY PRO SE OFFICE
2021 MAY 17 PM 2:52

IMMINENT-DANGER
WHISTLE BLOWER ACT
U.S.C. § 1961-1967(G)
42. U.S.C. § 1981 §
1983 § 1985, § 1986
F.R.A. OF 1973 #
SECTION 504 TITLE II
A.D.A. 1990 § 12131,
ET SEQ + UNIDENTIFIED
JOHN & JANE-DOES
CORRECTIONS OFFICERS,
EMPLOYEES, & PERSONNEL
INDIVIDUALLY & IN THEIR
OFFICIAL CAPACITIES,
ALSO VIOLATION UNDER THE
COLOR OF STATE LAWS
VIOLATION OF A STATUTORY
& BREACH OF DUTY & BREACH OF SEVERAL CONTRACT
AGREEMENTS REGARDING
SEVERAL SETTLEMENT
OF FEDERAL CIVIL-RIGHTS
CLASS ACTION & 2 FEDERAL
LAWS F.R.A. & A.D.A. PATTERNED
SEXUAL SODOMY & RAPE
& EXCESSIVE FORCE WITH
MACE & ASSAULTED & A
PATTERNED OF DELIBERATE INDIFFERENCE CHRONIC DISEASES
& CONDITIONS, SPECIAL IMMINENT HEALTH CARE & INADEQUATE
DRINKING WATER SYSTEMIC
PROBLEMS 1ST, 4TH, 8TH, 14TH
DUE PROCESS VIOLATION

PRO-SE # KEVIN DAMIAN CRICHLOW
INDIVIDUALLY ON BEHALF
OF MANY JOHN-DOES ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
PLAINTIFF(s)

- VS -

NEW YORK STATE DOCCS AND
SEVERAL PRISONS, COMM. ANNUCCI
EASTERN C.F. WARDEN L.L., DSS,
JOHN-DOE, DEP. MORRIS, DR. GUZMAN
NURSE (F) NURSE ON BEHALF
OF 40 MORE JOHN-DOES & JANE
DOES DEFENDANT. ET.AL.
INDIVIDUALLY & IN HIS/HER
CAPACITY AN AN EMPLOYEE OF
DOCCS #

PART II OVER YEARS OF PLACES, IN IMMINENT DENGER FROM WRONGFUL CONFINEMENT OVER 10 HEARING FABRICATION MISBEHAVIOR REPORTS PATTERN CRUEL AND UNUSUAL PUNISHMENT, FOOD IS NOT PROPERLY COOK OR HEATED DO TO UNSAFE TOXIN DRINKING WATER, OFTEN CONTAINS FLAKES OF RUST SOME COLOR OF WATER PAINT, & RAT & OTHER RODENT DROPPING INFESTATON COLD TEMPERATURE INADEQUATE HEATING SUFFER INNDEQUATE HEALTH CARE ON OPERATION FOR 4 1/2 YEAR LOST OF VISION I FOREGO DRINKING THE WATER ALTOGETHER SUFFER FROM DEHYDRATION NO-FOOD HEADACHES, BREATHING ITCHING SWELLING INFECTION FROM WATER LUNG OTHER CONDITIONS PLAINTIFF H.I.V. FORCE TO DRINKING TOXIS CONTAMINATED WATER FROM OLD PIPELINE 1865 WHEN AROUND WHEN PRISONS FIRST OPEN UP. CLAIM THAT DEFENDANTS SUBSEQUENTLY CONCEALED, IGNORED AND DOWNPLAYED THE RISK OF DRINKING WATER THAT AROSE FROM YEARS BAD-CONDUCTS CAUSING THEM SERIOUS HARM: CRISIS IS STILL WITH THEM PROBLEMS LIKE LEGIONNAIRES, DISEASE CAUSE FROM CONTAMINATED DRINKING WATER EXPOSED TO BACTERIA LEAD POISONING AND LEGIONNAIRES DISEASE

Since State of New York 2836
2021-2022 Regular Sessions "In Senate"
January 25, 2021 Introduced by Sen. Salazar, an act to amend the correction law, in relation to restricting the use of segregated confinement and creating alternative therapeutic and rehabilitative confinement options

DOCCS at Eastern. N.Y. Corr. Fac. filing false Tire I & Tire II been up grand to Tire III This is a unwritten DOCCS new custom to keep S.H.U. fully of prisons & same C.O. staffs with more then 10 assaulted within the last 6 week, & sexual rape & sodomy is at all time high, hearing tape are blank so now under F.O.I.L we are not getting own hearing package to appeal on time. Also video-recording are all black & when about 5:00pm all light are cut off there no metal mail box being used on video-tape every night at 10:00pm they refused to used it. Today is May-6-2021

WE NEED HEAT IT FREEZE É OWE CELL ARE FREEZER É NO WATER TO DRINK CAUSE OF OLD PIPELINE NOTHING BUT RUST EVERY WHERE THEY CUT OFF WATER. THEY GIVE POPULATION BOTTLE WATER S.H.U. DONT GET IT...

DATED

KEVIN D. CRICHLOW
08A3511 / S.H.U. B-18
PLEASE ASK TO REVIEW S.H.U. VIDEO TAPE.

EASTERN .N.Y. CORR. FAC
BOX-338
NAPANOCH. N.Y. 12458-0338

EASTERN NY CORRECTIONAL FACILITY
BOX 338
NAPANOCH, NEW YORK 12458-0338

NAME: Kevin Crichlow   DIN#: 08A3511

Ro Se

USMJ Deputy's Clerk of Court
SDNY United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Kevin Crichlow   DIN: 08A3511

RECEIVED
SDNY PRO SE OFFICE
2021 MAY 17 AM 9:42

Printed on Recycled Paper