UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CRICHLOW<br><br>      Plaintiff,<br><br> - against -<br><br>NYS DOCCS, et al.<br><br>      Defendants. | 21-cv-00692(DNH)(TWD)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIVIL P. 41(a)(1)(A)(ii)** |

To the Clerk of the Court and all parties of record:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Kevin Crichlow, by and through his counsel, Law Office of Amy Jane Agnew, P.C., and Defendants, by and through their counsel, Letitia James, Attorney General of the State of New York, give notice that Plaintiff hereby voluntarily dismisses all claims and Defendants without prejudice and without fees or costs to any party.

Dated: March 7, 2023

**LAW OFFICE OF AMY JANE AGNEW, P.C.**

By: _[signature]_
Amy Jane Agnew, Esq.
*Counsel for Plaintiff*
Bar No. 700639
24 Fifth Avenue, Suite 1701
New York, New York 10011
(973) 600-1724
aj@ajagnew.com

**LETITIA JAMES**
**Attorney General State of New York**

By: _[signature]_
Stacey A. Hamilton
Assistant Attorney General
Bar No. 510484
The Capital
Albany, New York 12224
(518) 776-2288
Stacey.hamilton@ag.ny.gov

IT IS SO ORDERED:

_[signature]_
David N. Hurd
U.S. District Judge

Dated: 03-07-2023